FILED
FEB 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  LATHAM & WATKINS LLP
      Viviann C. Stapp (Bar No. 233036)
2  505 Montgomery Street, Suite 2000
3  San Francisco, California 94111
   Telephone: (415) 391-0600
4  Facsimile: (415) 395-8095
   Email: viviann.stapp@lw.com
5
6  *Attorney for Defendant Safeway Inc.*
7
8                                **E-filing**
9         UNITED STATES DISTRICT COURT FOR THE
10              NORTHERN DISTRICT OF CALIFORNIA
11                  SAN FRANCISCO DIVISION

EDL

| | |
|---|---|
| THEADORA KING, individually, and on behalf of those similarly situated, | CASE NO: CV 08 0999 |
| Plaintiff, | |
| v. | SAFEWAY INC.'S CERTIFICATION OF INTERESTED ENTITIES AND F.R.C.P. 7.1 DISCLOSURES |
| SAFEWAY INC., | |
| Defendant. | |

1     Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than
2 the named parties, that Aurora Dairy Corporation has an interest in the outcome of this case, as
3 defined by Civil Local Rule 3-16.  In addition, pursuant to Federal Rule of Civil Procedure 7.1,
4 Defendant Safeway Inc. ("Safeway") hereby states that it is a corporation organized under the laws
5 of the State of Delaware.  AXA Assurances I.A.R.D. Mutuelle (a French mutual insurance
6 company), AXA Assurances Vie Mutuelle (a French mutual insurance company), AXA Courtage
7 Assurance Mutuelle (another French mutual insurance company and along with the first two,
8 acting as a parent holding company), AXA (a French company and parent holding company) and
9 AXA Financial, Inc. (a Delaware corporation and parent holding company) beneficially owned a
10 total of 71,666,033 shares of Safeway Common Stock as of December 31, 2007, representing
11 16.2% of Safeway's outstanding shares.  AllianceBernstein (a subsidiary of AXA Financial, Inc.
12 and organized under the laws of the State of Delaware) is deemed to have sole dispositive power
13 over 71,156,888 of those shares.

15 Dated: February 19, 2008                                            Respectfully submitted,

                                                                          COUNSEL FOR DEFENDANT
                                                                          SAFEWAY INC.

                                                                          By: _____

                                                                          LATHAM & WATKINS LLP
                                                                            Viviann C. Stapp (Bar No. 233036)
                                                                          505 Montgomery Street, Suite 2000
                                                                          San Francisco, California 94111
                                                                          Telephone: (415) 391-0600
                                                                          Facsimile: (415) 395-8095
                                                                          Email: viviann.stapp@lw.com

LATHAM & WATKINS LLP
ATTORNEYS AT LAW

                                                                             DEFENDANT SAFEWAY INC.'S CERTIFICATION OF
                                                                             INTERESTED ENTITIES AND F.R.C.P. 7.1 DISLCOSURES