LATHAM & WATKINS LLP
    Viviann C. Stapp (Bar No. 233036)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: viviann.stapp@lw.com

Attorney for Defendant Safeway Inc.

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| THEADORA KING, individually, and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY INC.,<br><br>Defendant. | CASE NO:<br><br>———————<br><br>**SAFEWAY INC.'S LOCAL RULE 3-14 NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** |

Defendant Safeway Inc. ("Safeway"), by its counsel, hereby provides, pursuant to Local Rule 3-14, notice of the pendency of other actions or proceedings. This action is related to several actions that are currently before the Judicial Panel on Multidistrict Litigation and other courts and that involve the use of the "USDA Organic" seal.

| PARTIES | COURT |
|---|---|
| Plaintiffs:<br>Kristine Mothershead and Leonie Lloyd, individually and on behalf of all others similarly situated<br><br>Defendant:<br>Aurora Dairy Corporation d/b/a Aurora Organic Dairy | E.D. Missouri, Eastern Division<br>Case No. 4:07-cv-01701-CAS |
| Plaintiffs:<br>Maya Fiallos, individually and on behalf of all others similarly situated<br><br>Defendant:<br>Aurora Dairy Corporation d/b/a Aurora Organic Dairy | S.D. Florida, Southern Division<br>Case No. 1:07-cv-22748-AJ |
| Plaintiffs:<br>Rebecca and Fernando Freyre, on behalf of themselves and all others similarly situated<br><br>Defendant:<br>Aurora Dairy Corporation | D. Colorado<br>Case No. 1:07-cv-02183-EWN-CBS |
| Plaintiffs:<br>Mona Still, Helen Phillips, Eve Hana, Jeanmarie Zirger, Kim King, Noelle Fincham, Oksana Jensen, Gabriela Waschewsky, Laurelanne Davis, Debbie Millikan, Joan Scheutz, Sandie Regan, Steve Shriver, Mary Elbertai, Eileen Ptak, Cynthia Roche-Cotter, Kristen Finnegan, Amy Forsman, Joy Beckner, Naomi Mardock, Olive Knaus, Liana Hoodes, Donita Robinson, Ilene Rachford, Lisa Hopkins, Caryn Poirier, Erin Diserens, Tammy Coselli, Debra Haines, Debra Schmidt, Hans Kueck<br><br>Defendant:<br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy | D. Colorado<br>Case No. 1:07-cv-02188-WDM |

| | PARTIES | COURT |
|---|---|---|
| 1 | | |
| 2 | Plaintiff:<br>Brenda Gallardo, an individual<br><br>Defendant:<br>Aurora Dairy Corporation d/b/a Aurora Organic Dairy | N.D. California<br>Case No. 3:07-cv-05331-MJJ |
| 5 | Plaintiffs:<br>Hillary White and Lynn Michalson, individually and on behalf of all others similarly situated<br><br>Defendant:<br>Aurora Dairy Corporation d/b/a Aurora Organic Dairy | S.D. New York<br>Case No. 07-CIV-9418 |
| 10 | Plaintiffs:<br>Ilsa Lee Kaye, individually and on behalf of all others similarly situated<br><br>Defendant:<br>Aurora Dairy Corporation d/b/a Aurora Organic Dairy | E.D. New York<br>Case No. 2:07-cv-04425-DRH-ETB |
| 13 | Plaintiffs:<br>Elizabeth Cockrell, individually and on behalf of all others similarly situation<br><br>Defendant:<br>Aurora Dairy Corporation d/b/a Aurora Organic Dairy | D. Colorado<br>Case No. 1:07-cv-02285-LTB |
| 17 | Plaintiffs:<br>Jim Snell, Steve Clark, John Barrera, Joseph Villari, Elida Gollomp, Claire M. Theodore and Elisabeth Banse, on behalf of themselves and all other similarly situated<br><br>Defendants:<br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy, Wild Oats Market, Inc., Costco Wholesale Corporation, Safeway Inc., Wal-Mart Stores, Inc. | D. Colorado<br>Case No. 07-cv-02449 |
| 23 | Plaintiffs:<br>Margot A. West, and Richard E. Ehly, individually and on behalf of a class of all others similarly situated<br><br>Defendant:<br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy | D. Colorado<br>Case No. 1:07-cv-02625-JLK |

| PARTIES | COURT |
|---|---|
| Plaintiff:<br>Fayetta Cowan<br><br>Defendants:<br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy and Wal-Mart Stores, Inc. | S.D. Indiana<br>Case No. 08-cv-00157-RLY-WTL |
| Plaintiff:<br>Channing Hesse, individually and on behalf of a class of all others similarly situated<br><br>Defendant:<br>Costco Wholesale Corporation | W.D. Washington (Seattle)<br>Case No. 07-cv-01975-MJP |
| Plaintiff:<br>Shawn Riley, individually and on behalf of all others similarly situated<br><br>Defendant:<br>Safeway Inc. | N.D. California (San Francisco)<br>Case No. 07-cv-06174-JCS |
| Plaintiffs:<br>Patrick and Caryn Hudspeth, individually and on behalf of a class of all others similarly situated<br><br>Defendant:<br>Target Corp. | D. Minnesota (St. Paul)<br>Case No. 07-cv-04755-PJS-JJG |
| Plaintiff:<br>Vicki M. Tysseling-Mattiace, individually and on behalf of a class of all others similarly situated<br><br>Defendant:<br>Wild Oats Markets, Inc. | D. Colorado (Denver)<br>Case No. 07-cv-02622-WYD-BNB |
| Plaintiff:<br>Paul Bowen, individually and on behalf of all others similarly situated<br><br>Defendant:<br>Wal-Mart Stores, Inc. | E.D. Arkansas (Little Rock)<br>Case No. 08-cv-00010-JLH |

| PARTIES | COURT |
|---|---|
| Plaintiff:<br>Nicolle DiSimone, individually and on behalf of those similarly situated<br><br>Defendants:<br>Aurora Dairy Corporation, doing business as Aurora Organic Dairy, Case Vander Eyk, Jr., doing business as Case Vander Eyk, Jr. Dairy, QAI, Inc., doing business as Quality Assurance International, and DOES 1-100, inclusive | C.D. California<br><br>Case No. 08-0746-DSF-VBK |

Dated: February 19, 2008

Respectfully submitted,

COUNSEL FOR DEFENDANT
SAFEWAY INC.

By: _____

LATHAM & WATKINS LLP
  Viviann C. Stapp (Bar No. 233036)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: viviann.stapp@lw.com