1  LATHAM & WATKINS LLP
   Viviann C. Stapp (Bar No. 233036)
2  505 Montgomery Street, Suite 2000
   San Francisco, California  94111
3  Telephone: (415) 391-0600
   Facsimile: (415) 395-8095
4  Email: viviann.stapp@lw.com

5  Mark S. Mester (Ill. Bar No. 6196140) (*pro hac vice* pending)
   Livia M. Kiser (Ill. Bar No. 6275283) (*pro hac vice* pending)
6  Sears Tower, Suite 5800
   233 South Wacker Drive
7  Chicago, Illinois  60606
   Telephone: (312) 876-7700
8  Facsimile: (312) 993-9767
   Emails: mark.mester@lw.com
9          livia.kiser@lw.com

10 *Attorneys for Defendant Safeway Inc.*

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THEADORA KING, individually, and on behalf of those similarly situated, | CASE NO:  08-00999-EDL |
| Plaintiff, | _____ |
| v. | **NOTICE OF APPEARANCE** |
| SAFEWAY INC., | |
| Defendant. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Mark S. Mester, Livia M. Kiser, and Viviann C. Stapp of the law offices of Latham & Watkins LLP hereby file this Notice of Appearance in the above-captioned action as counsel for Defendant Safeway Inc. and request that copies of all briefs, motions, orders, correspondence, and other papers be electronically served on the undersigned at:

(1) *mark.mester@lw.com*
(2) *livia.kiser@lw.com*
(3) *viviann.stapp@lw.com*

Dated:  February 26, 2008                                       Respectfully submitted,


By_____/s/_____
Viviann C. Stapp (Bar No. 233036)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: viviann.stapp@lw.com

-and-

Mark S. Mester (Ill. Bar No. 6196140)
(subject to admission *pro hac vice*)
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois  60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: mark.mester@lw.com

Livia M. Kiser (Ill. Bar No. 6275283)
(subject to admission *pro hac vice*)
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois  60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: livia.kiser@lw.com


Attorneys for Defendant Safeway Inc.