1 | LATHAM & WATKINS LLP
Viviann C. Stapp (Bar No. 233036)
2 | 505 Montgomery Street, Suite 2000
San Francisco, California 94111
3 | Telephone: (415) 391-0600
Facsimile: (415) 395-8095
4 | Email: viviann.stapp@lw.com

5 | Livia M. Kiser (Ill. Bar No. 6275283)
Sears Tower, Suite 5800
6 | 233 South Wacker Drive
Chicago, Illinois 60606
7 | Telephone: (312) 876-7700
Facsimile: (312) 993-9767
8 | Email: livia.kiser@lw.com

9 | *Attorneys for Defendant Safeway Inc.*

10

11 | **UNITED STATES DISTRICT COURT FOR THE**

12 | **NORTHERN DISTRICT OF CALIFORNIA**

13 | **SAN FRANCISCO DIVISION**

14

15 | THEADORA KING, individually, and on          CASE NO: 08-00999-EDL
behalf of those similarly situated,
16

17 |                    Plaintiff,

18 |          v.                                  **APPLICATION FOR ADMISSION OF
                                                  ATTORNEY *PRO HAC VICE* (LIVIA M.**
19 | SAFEWAY INC.,                                **KISER)**

20 |                    Defendant.

21

22

23

24

25

26

27

28

LATHAM&WATKINS
ATTORNEYS AT LAW

Case No. 08-00999-EDL
APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE* (LIVIA M. KISER)

1    Pursuant to Civil L.R. 11-3, Livia M. Kiser, an active member in good standing of

2 the bars of the State of Illinois and the United States District Court for the Northern District of

3 Illinois, hereby applies for admission to practice in the Northern District of California on a *pro*

4 *hac vice* basis representing Defendant Safeway Inc. in the above-entitled action.

5    In support of this application, I certify on oath that:

6    1.    I am an active member in good standing of a United States Court or of the

7 highest court of another State or the District of Columbia, as indicated above;

8    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil

9 Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become

10 familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court;

11 and,

12    3.    An attorney who is a member of the bar of the Court in good standing and

13 who maintains an office within the State of California has been designated as co-counsel in the

14 above-entitled action. The name, address and telephone number of this attorney is Viviann C.

15 Stapp, Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111,

16 (415) 391-0600.

17    I declare under penalty of perjury that the foregoing is true and correct.

19 Date: February 25, 2008

Livia M. Kiser