1  LATHAM & WATKINS LLP
   Viviann C. Stapp (Bar No. 233036)
2  505 Montgomery Street, Suite 2000
   San Francisco, California 94111
3  Telephone: (415) 391-0600
   Facsimile: (415) 395-8095
4  Email: viviann.stapp@lw.com

5  Livia M. Kiser (Ill. Bar No. 6275283)
   Sears Tower, Suite 5800
6  233 South Wacker Drive
   Chicago, Illinois 60606
7  Telephone: (312) 876-7700
   Facsimile: (312) 993-9767
8  Email: livia.kiser@lw.com

9  *Attorneys for Defendant Safeway Inc.*

10

11              UNITED STATES DISTRICT COURT FOR THE

12                  NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14

15 | THEADORA KING, individually, and on behalf of those similarly situated, | CASE NO: 08-00999-EDL |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (LIVIA M. KISER) |
| SAFEWAY INC., | |
| Defendant. | |

1

LATHAM & WATKINS LLP
ATTORNEYS AT LAW

Case No. 08-00999-EDL
ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*
(LIVIA M. KISER)

1         Livia M. Kiser, an active member in good standing of the bars of the State of
2 Illinois and the United States District Court for the Northern District of Illinois, whose business
3 address and telephone number is Latham & Watkins LLP, 233 South Wacker Drive, Sears
4 Tower, Suite 5800, Chicago, Illinois, 60606, (312) 876-7700, having applied in the above-
5 entitled action for admission to practice in the Northern District of California on a *pro hac vice*
6 basis, representing Safeway Inc.

7         IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
8 and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
9 *hac vice*. Service of papers upon and communication with co-counsel designated in the
10 application will constitute notice to the party. All future filings in this action are subject to the
11 requirements contained in General Order No. 45, *Electronic Case Filing*.

13 Dated: _____      _____
14                                                      ELIZABETH D. LAPORTE
                                                     United States District Court Judge

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW

Case No. 08-00999-EDL
ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*
(LIVIA M. KISER)