| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Viviann C. Stapp (Bar No. 233036) |
|   | 505 Montgomery Street, Suite 2000 |
|   | San Francisco, California 94111 |
| 3 | Telephone: (415) 391-0600 |
|   | Facsimile: (415) 395-8095 |
| 4 | Email: viviann.stapp@lw.com |
| 5 | Mark S. Mester (Ill. Bar No. 6196140) |
|   | Sears Tower, Suite 5800 |
| 6 | 233 South Wacker Drive |
|   | Chicago, Illinois 60606 |
| 7 | Telephone: (312) 876-7700 |
|   | Facsimile: (312) 993-9767 |
| 8 | Email: mark.mester@lw.com |

FILED
08 FEB 26 PH 3: 18

*Attorneys for Defendant Safeway Inc.*

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| THEADORA KING, individually, and on behalf of those similarly situated, | CASE NO: 08-00999-EDL |
| Plaintiff, | |
| v. | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (MARK S. MESTER)** |
| SAFEWAY INC., | |
| Defendant. | |

| | |
|---|---|
| 1 | Pursuant to Civil L.R. 11-3, Mark S. Mester, an active member in good standing |
| 2 | of the bars of the State of Illinois and the United States District Court for the Northern District of |
| 3 | Illinois hereby applies for admission to practice in the Northern District of California on a *pro* |
| 4 | *hac vice* basis representing Defendant Safeway Inc. in the above-entitled action. |
| 5 | In support of this application, I certify on oath that: |
| 6 | 1.   I am an active member in good standing of a United States Court or of the |
| 7 | highest court of another State or the District of Columbia, as indicated above; |
| 8 | 2.   I agree to abide by the Standards of Professional Conduct set forth in Civil |
| 9 | Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become |
| 10 | familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; |
| 11 | and, |
| 12 | 3.   An attorney who is a member of the bar of the Court in good standing and |
| 13 | who maintains an office within the State of California has been designated as co-counsel in the |
| 14 | above-entitled action. The name, address and telephone number of this attorney is Viviann C. |
| 15 | Stapp, Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111, |
| 16 | (415) 391-0600. |
| 17 | I declare under penalty of perjury that the foregoing is true and correct. |
| 19 | Date: February 25, 2008 |

[signature]
Mark S. Mester