LATHAM & WATKINS LLP
Viviann C. Stapp (Bar No. 233036)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: viviann.stapp@lw.com

Mark S. Mester (Ill. Bar No. 6196140)
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: mark.mester@lw.com

*Attorneys for Defendant Safeway Inc.*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THEADORA KING, individually, and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY INC.,<br><br>Defendant. | CASE NO: 08-00999-EDL<br><br>_____<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (MARK S. MESTER) |

1   Mark S. Mester, an active member in good standing of the bars of the State of
2   Illinois and the United States District Court for the Northern District of Illinois, whose business
3   address and telephone number is Latham & Watkins LLP, 233 South Wacker Drive, Sears
4   Tower, Suite 5800, Chicago, Illinois, 60606, (312) 876-7700, having applied in the above-
5   entitled action for admission to practice in the Northern District of California on a *pro hac vice*
6   basis, representing Safeway Inc.

7   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
8   and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
9   *hac vice*. Service of papers upon and communication with co-counsel designated in the
10  application will constitute notice to the party. All future filings in this action are subject to the
11  requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____    _____
                                 ELIZABETH D. LAPORTE
                                 United States District Court Judge

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

Case No. 08-00999-EDL
ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*
(MARK S. MESTER)