| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Viviann C. Stapp (Bar No. 233036) |
| 2 | 505 Montgomery Street, Suite 2000 |
| | San Francisco, California 94111 |
| 3 | Telephone: (415) 391-0600 |
| | Facsimile: (415) 395-8095 |
| 4 | Email: viviann.stapp@lw.com |
| 5 | Mark S. Mester (Ill. Bar No. 6196140) |
| | Sears Tower, Suite 5800 |
| 6 | 233 South Wacker Drive |
| | Chicago, Illinois 60606 |
| 7 | Telephone: (312) 876-7700 |
| | Facsimile: (312) 993-9767 |
| 8 | Email: mark.mester@lw.com |
| 9 | *Attorneys for Defendant Safeway Inc.* |

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THEADORA KING, individually, and on behalf of those similarly situated, | CASE NO: 08-00999-EDL |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (MARK S. MESTER) |
| SAFEWAY INC., | |
| Defendant. | |

1

LATHAM & WATKINS LLP
ATTORNEYS AT LAW

Case No. 08-00999-EDL
ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*
(MARK S. MESTER)

1   Mark S. Mester, an active member in good standing of the bars of the State of
2   Illinois and the United States District Court for the Northern District of Illinois, whose business
3   address and telephone number is Latham & Watkins LLP, 233 South Wacker Drive, Sears
4   Tower, Suite 5800, Chicago, Illinois, 60606, (312) 876-7700, having applied in the above-
5   entitled action for admission to practice in the Northern District of California on a *pro hac vice*
6   basis, representing Safeway Inc.

7   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
8   and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
9   *hac vice*. Service of papers upon and communication with co-counsel designated in the
10  application will constitute notice to the party. All future filings in this action are subject to the
11  requirements contained in General Order No. 45, *Electronic Case Filing*.

13  Dated:   March 5, 2008

14  ELIZABETH D. LAPORTE
    United States Magistrate Judge

    IT IS SO ORDERED
    Elizabeth D. Laporte
    Judge Elizabeth D. Laporte

2

Case No. 08-00999-EDL
ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*
(MARK S. MESTER)

LATHAM&WATKINS LLP
ATTORNEYS AT LAW