1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THEADORA KING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY, INC.,<br><br>Defendant. | No. 08-cv-0999-EDL<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND |

010004-16  227182 V1

1    This matter comes before the Court on Plaintiff's Motion to Remand. Upon consideration
2    of the foregoing motion, the papers submitted in support and opposition thereto, and good cause
3    appearing:
4    IT IS HEREBY ORDERED that this matter is remanded to the Superior Court for the State
5    of California, County of Alameda.
6    IT IS FURTHER ORDERED that Defendant is to pay reasonable attorney's fees and costs
7    incurred by Plaintiff in the filing and litigation of this motion.

DATED: _____
                    HONORABLE ELIZABETH D. LAPORTE
                    UNITED STATES MAGISTRATE JUDGE

Submitted by:

DATED: March 5, 2008

HAGENS BERMAN SOBOL SHAPIRO LLP


   /s/ Shana E. Scarlett
   SHANA E. SCARLETT

HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
820 North Boulevard, Suite B
Oak Park, Ilinois 60301
Telephone: (708) 776-5600
Facsimile: (708) 776-5601

*Attorneys for Plaintiff Theadora King*

[PROPOSED] ORDER GRANTING PL.'S                - 2 -
MOT. TO REMAND – NO. 08-cv-0999-EDL
010004-16  227182 V1

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

        /s/ Shana E. Scarlett  
        SHANA E. SCARLETT

# Mailing Information for a Case 3:08-cv-00999-EDL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com,bonneym@hbsslaw.com

- **Elizabeth Anne Fegan**
  beth@hbsslaw.com

- **Livia M. Kiser**
  livia.kiser@lw.com,chefiling@lw.com

- **Mark S. Mester**
  mark.mester@lw.com,chefiling@lw.com,barbara.buti@lw.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Viviann C Stapp**
  viviann.stapp@lw.com,#sfdocket@lw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
```