HAGENS BERMAN SOBOL SHAPIRO LLP
Shana E. Scarlett (217895)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

*Attorneys for Plaintiff Theadora King*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THEADORA KING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY, INC.,<br><br>Defendant. | No. 08-cv-0999-EDL<br><br>DECLARATION OF DANIEL J. KUROWSKI IN SUPPORT OF ADMINISTRATIVE MOTION TO SHORTEN TIME<br><br>ACTION FILED: January 11, 2008 |

010004-16 227066 V1

I, DANIEL J. KUROWSKI, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Illinois. I am associated with the law firm of Hagens Berman Sobol Shapiro LLP, one of the counsel of record for Plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: February 20, 2008 Transfer Order issued in MDL 1907, *In re Aurora Dairy Corporation Organic Milk Marketing and Sales Practices Litigation*;

Exhibit B: February 26, 2008 Conditional Transfer Order (CTO-1) issued by the Judicial Panel on Multidistrict Litigation in MDL 1907, *In re Aurora Dairy Corporation Organic Milk Marketing and Sales Practices Litigation*;

Exhibit C: February 26, 2008 letter from Mark Mester, attorney at Latham & Watkins LLP, to Jeffrey N. Lüthi, Clerk of the Panel on Multidistrict Litigation;

Exhibit D: March 5, 2008 e-mail from Daniel J. Kurowski, attorney at Hagens Berman Sobol Shapiro LLP, to Kathleen P. Lally, attorney at Latham & Watkins, regarding a truncated briefing schedule for the Motion to Remand; and

Exhibit E: March 5, 2008 e-mail from Kathleen P. Lally, attorney at Latham & Watkins, to Daniel J. Kurowski, attorney at Hagens Berman Sobol Shapiro LLP, re: response to Kurowski e-mail to truncate briefing schedule for the Motion to Remand.

3. I spoke with attorney Kathleen P. Lally of Latham & Watkins LLP, counsel for Safeway, Inc., on the afternoon of March 5, 2008. She indicated that her client, Safeway, would not agree to a shortened briefing schedule.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of March, 2008, at Oak Park, Illinois.

                                                /s/ Daniel J. Kurowski
                                                DANIEL J. KUROWSKI

I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this Declaration of Daniel J. Kurowski in Support of Administrative Motion to Shorten Time. In compliance with General Order 45, X.B., I hereby attest that Daniel J. Kurowski has concurred in this filing.

DECL. OF DANIEL J. KUROWSKI ISO ADMIN.         - 1 -
MOT. TO SHORTEN TIME – NO. CV 08-0999-EDL
010004-16 227066 V1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                                            /s/ Shana E. Scarlett
                                                            SHANA E. SCARLETT

# Mailing Information for a Case 3:08-cv-00999-EDL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com,bonneym@hbsslaw.com

- **Elizabeth Anne Fegan**
  beth@hbsslaw.com

- **Livia M. Kiser**
  livia.kiser@lw.com,chefiling@lw.com

- **Mark S. Mester**
  mark.mester@lw.com,chefiling@lw.com,barbara.buti@lw.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Viviann C Stapp**
  viviann.stapp@lw.com,#sfdocket@lw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
```

# Exhibit A

Case 3:08-cv-00999-MMC    Document 18-2    Filed 03/05/2008    Page 1 of 4

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Feb 20, 2008

FILED
CLERK'S OFFICE

IN RE: AURORA DAIRY CORP. ORGANIC
MILK MARKETING AND SALES
PRACTICES LITIGATION

MDL No. 1907

## TRANSFER ORDER

**Before the entire Panel**[*]: Plaintiffs in the District of Colorado *Freyre* action have moved, pursuant to 28 U.S.C. § 1407, for centralization of this litigation in the District of Colorado. Defendant in all actions, Aurora Dairy Corp. (Aurora), opposes plaintiffs' motion but, alternatively, supports selection of the District of Colorado as the transferee forum. Plaintiffs in the District of Colorado *Still* action and two potential tag-along actions pending in the District of Colorado support centralization in the District of Colorado. Plaintiffs in the Eastern District of Missouri action support centralization in the Eastern District of Missouri.

This litigation currently consists of four actions listed on Schedule A and pending, respectively, in the following three districts: two actions in the District of Colorado, and an action each in the Southern District of Florida and the Eastern District of Missouri.[1]

On the basis of the papers filed and hearing session held, we find that these four actions involve common questions of fact, and that centralization under Section 1407 in the Eastern District of Missouri will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. Plaintiffs in all four actions, which are brought on behalf of putative nationwide classes, contend that Aurora misled them into believing that the milk that they purchased was "organic" or "USDA organic" when in fact the milk failed to meet organic standards, including those established by the U.S. Department of Agriculture and the federal Organic Foods Production Act, 7 U.S.C. § 6501, *et seq.* As a result, plaintiffs bring a variety of state law claims, asserting that, *inter alia*, they have paid artificially high prices for Aurora's organic milk. Centralization under Section 1407 will eliminate duplicative discovery; prevent inconsistent pretrial rulings (particularly with respect to the issue of class certification); and conserve the resources of the parties, their counsel and the judiciary.

---

[*] Judge Heyburn took no part in the disposition of this matter.

[1] In addition to the four actions now before the Panel, the parties have notified the Panel of eleven related actions pending, respectively, as follows: four actions in the District of Colorado, two actions in the Northern District of California, and an action each in the Eastern District of Arkansas, the District of Minnesota, the Eastern District of New York, the Southern District of New York, and the Western District of Washington. These actions and any other related actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

-2-

Aurora opposes centralization, asserting that, *inter alia*, transfer of the actions under Section 1407 is unnecessary because voluntary alternatives to Section 1407 are superior. We respectfully disagree. Transfer under Section 1407 has the salutary effect of placing all actions in this docket before a single judge who can formulate a pretrial program that: (1) allows discovery with respect to any non-common issues to proceed concurrently with discovery on common issues, *In re Joseph F. Smith Patent Litigation*, 407 F.Supp. 1403, 1404 (J.P.M.L. 1976); and (2) ensures that pretrial proceedings will be conducted in a streamlined manner leading to the just and expeditious resolution of all actions to the overall benefit of the parties and the judiciary.

We are persuaded that the Eastern District of Missouri, where the first-filed action is pending, is an appropriate transferee forum for this litigation. Given the geographic dispersal of the constituent actions and the potential tag-along actions, the Eastern District of Missouri offers a relatively convenient forum for this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Eastern District of Missouri are transferred to the Eastern District of Missouri and, with the consent of that court, assigned to the Honorable E. Richard Webber for coordinated or consolidated pretrial proceedings with the action listed on Schedule A and pending in that district.

PANEL ON MULTIDISTRICT LITIGATION

D. Lowell Jensen
Acting Chairman

John G. Heyburn II, Chairman[*]          J. Frederick Motz
Robert L. Miller, Jr.                     Kathryn H. Vratil
David R. Hansen                           Anthony J. Scirica

**IN RE: AURORA DAIRY CORP. ORGANIC
MILK MARKETING AND SALES
PRACTICES LITIGATION**                                    MDL No. 1907

## SCHEDULE A

<u>District of Colorado</u>

Rebecca Freyre, et al. v. Aurora Dairy Corp., C.A. No. 1:07-2183
Mona Still, et al. v. Aurora Dairy Corp., C.A. No. 1:07-2188

<u>Southern District of Florida</u>

Maya Fiallos v. Aurora Dairy Corp., C.A. No. 1:07-22748

<u>Eastern District of Missouri</u>

Kristine Mothershead, et al. v. Aurora Dairy Corp., C.A. No. 4:07-1701

# Exhibit B

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | |
| | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge Anthony J. Scirica<br>United States Court of Appeals<br>Third Circuit | Telephone: [202] 502-2800<br>Fax:          [202] 502-2888<br>http://www.jpml.uscourts.gov |

February 26, 2008

TO INVOLVED COUNSEL

Re: MDL No. 1907 -- IN RE: Aurora Dairy Corp. Organic Milk Marketing and Sales Practices Litigation

(See Attached CTO-1)

Dear Counsel:

Attached hereto is a copy of a conditional transfer order filed today by the Panel involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001). Copies of Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions, are attached for your convenience.

Inasmuch as there is an unavoidable time lag between notification of the pendency of the tag-along action and the filing of a conditional transfer order, counsel are required by Rule 7.4(b) to notify this office BY FACSIMILE, at (202) 502-2888, of any official changes in the status of the tag-along action. These changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court. Your cooperation would be appreciated.

**NOTICE OF OPPOSITION DUE ON OR BEFORE: ___March 12, 2008___ (4 p.m. EST)**
(Facsimile transmission is suggested.)

If you are considering opposing this conditional transfer order, please review Rules 7.4 and 7.5 of the Panel Rules before filing your Notice of Opposition.

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
       Deputy Clerk

Attachments

JPML Form 39

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 26 2008

FILED
CLERK'S OFFICE

IN RE: AURORA DAIRY CORP. ORGANIC
MILK MARKETING AND SALES
PRACTICES LITIGATION

MDL No. 1907

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On February 20, 2008, the Panel transferred three civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable E. Richard Webber.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Webber.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of February 20, 2008, and, with the consent of that court, assigned to the Honorable E. Richard Webber.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

IN RE: AURORA DAIRY CORP. ORGANIC
MILK MARKETING AND SALES
PRACTICES LITIGATION

MDL No. 1907

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS EASTERN** | |
| ARE 4 08-10 | Paul Bowen v. Wal-Mart Stores, Inc. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 07-5331 | Brenda Gallardo v. Aurora Dairy Corp. |
| CAN 3 07-6174 | Shawn Riley v. Safeway, Inc. |
| **COLORADO** | |
| CO 1 07-2285 | Elizabeth Cockrell v. Aurora Dairy Corp. |
| CO 1 07-2449 | Jim Snell, et al. v. Aurora Dairy Corp., et al. |
| CO 1 07-2622 | Vicki M. Tysseling-Mattiace v. Wild Oats Markets, Inc. |
| CO 1 07-2625 | Margot West, et al. v. Aurora Dairy Corp. |
| **MINNESOTA** | |
| MN 0 07-4755 | Patrick Hudspeth, et al. v. Target Corp. |
| **NEW YORK EASTERN** | |
| NYE 2 07-4425 | Ilsa Lee Kaye v. Aurora Dairy Corp. |
| **NEW YORK SOUTHERN** | |
| NYS 1 07-9418 | Hillary White, et al. v. Aurora Dairy Corp. |
| **WASHINGTON WESTERN** | |
| WAW 2 07-1975 | Channing Hesse v. Costco Wholesale Corp. |

# Exhibit C

Mark S. Mester
Direct Dial: +1.312.876.7623
Mark.Mester@lw.com

# LATHAM&WATKINS LLP

Sears Tower, Suite 5800
233 S. Wacker Dr.
Chicago, Illinois 60606
Tel: +1.312.876.7700  Fax: +1.312.993.9767
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

February 26, 2008

**BY FEDERAL EXPRESS**

Jeffery N. Lüthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

> Re:  MDL No. 1907: In re Aurora Dairy Corporation
> <u>Organic Milk Marketing and Sales Practice Litigation</u>

Dear Mr. Lüthi:

We received the Transfer Order entered February 20, 2008 by the Judicial Panel on Multidistrict Litigation ("Panel") transferring and consolidating the four actions listed on the attached Schedule. <u>See</u> Feb. 20, 2008 Transfer Order, attached hereto. We further note that the Panel identified an additional eleven related actions for which we understand the Clerk of the Panel will be issuing conditional transfer orders in the near term. <u>See id.</u> at 1 n.1.

Pursuant to Rule 7.5 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425 (2001), we have identified an additional three actions for which conditional transfer orders should issue. These actions were initially filed in state court but have since been removed to federal court. The complaints (for which the notices of removal, without exhibits, are also provided) are attached, without exhibits. The actions themselves are as follows:

- <u>DiSimone v. Aurora Dairy Corp. et al.</u>, Case No. CV-08-0746-DSF (C.D. Cal. Feb. 4, 2008);

- <u>Cowan v. Aurora Dairy Corp. et al.</u>, Case No. 1:08-CV-0157-RLY-WTL (S.D. Ind. Feb. 6, 2008); and

- <u>King v. Safeway</u>, Case No. CV-08-999 (N.D. Cal. Feb. 19, 2008).

LATHAM&WATKINS LLP

   Please feel free to contact me at (312) 876-7623 if you have any questions or should you require any further information.

               Respectfully submitted,

               Mark S. Mester
               of LATHAM & WATKINS LLP

Enclosures

cc:  Counsel on attached Service List (w/Enclosures)

# Exhibit D

### Dan Kurowski

**From:** Dan Kurowski
**Sent:** Wednesday, March 05, 2008 7:41 AM
**To:** 'Kathleen.Lally@lw.com'
**Subject:** King v. Safeway, Inc. (N.D. Cal.)

Kate,

As you are aware, we are planning on filing a Motion to Remand in the *King v. Safeway, Inc.* matter which was removed to the Northern District of California on February 19th.

Due to limitations in the judge's schedule, we would like to schedule the hearing on the Motion to Remand on April 1st and we would like to give the Court two weeks prior to the hearing date review a fully briefed motion. Accordingly, I am writing to find out if your client is willing to stipulate to a somewhat truncated briefing schedule. We propose the following briefing schedule:

 - Opening Brief:  Today

 - Opposition due: Friday, March 14

 - Reply due : Tuesday, March 18

 - Hearing: Tuesday, April 1

Please let me know by noon central today.  Thank you in advance for your cooperation.   If you have any questions, please feel free to give me a call.

Dan

Daniel J. Kurowski, Esq.
Hagens Berman Sobol Shapiro LLP
820 North Boulevard, Suite B
Oak Park, IL 60301
Direct - (708) 776-5606
Fax - (708) 776-5601
dank@hbsslaw.com

# Exhibit E

## Dan Kurowski

| | |
|---|---|
| **From:** | Kathleen.Lally@lw.com |
| **Sent:** | Wednesday, March 05, 2008 9:13 AM |
| **To:** | Dan Kurowski |
| **Subject:** | Hesse - Dec. of K. Lally in Support of Stipulation to suspend pre-trial.DOC;Hesse Stipulation for extension of time.DOC |
| **Attachments:** | Hesse - Dec. of K. Lally in Support of Stipulation to suspend pre-trial(1010356_3_CH).DOC; Hesse Stipulation for extension of time(1010341_3_CH).DOC |

<<Hesse - Dec. of K. Lally in Support of Stipulation to suspend pre-trial(1010356_3_CH).DOC>> <<Hesse Stipulation for extension of time(1010341_3_CH).DOC>>

Dan,

Attached please find the near final versions of the Stipulation and Declaration for your approval. At this point, all that needs to be filled in are the consecutive page numbers for the exhibits, which I will do as soon as the exhibits are gathered.

In addition, I received your request regarding King. We will consider the matter and get back to you as soon as practicable.

Thank you,
Kate

**Kathleen P. Lally**

**LATHAM & WATKINS LLP**
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Direct Dial: +1.312.777.7005
Fax: +1.312.993.9767
Email: kathleen.lally@lw.com
http://www.lw.com

*******************************************************************************
To comply with IRS regulations, we advise you that any discussion of Federal tax iss

For more information please go to  http://www.lw.com/docs/irs.pdf
*******************************************************************************

This email may contain material that is confidential, privileged and/or attorney wor

Latham & Watkins LLP