1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                             NORTHERN DISTRICT OF CALIFORNIA
10                                   SAN FRANCISCO DIVISION

| | |
|---|---|
| THEADORA KING, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAFEWAY, INC., )<br>)<br>Defendant. )<br>_____ ) | No. 08-cv-0999-EDL<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SHORTEN TIME |

17
18
19
20
21
22
23
24
25
26
27
28

010004-16  227195 V1

1    This matter comes before the Court on Plaintiff's Administrative Motion to Shorten Time.

2    Upon consideration of the foregoing motion, the papers submitted in support and opposition

3    thereto, and good cause appearing:

4    IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED. The briefing schedule

5    on Plaintiff's Motion to Remand shall be as follows:

6    1.    Defendant's opposition to the Motion to Remand shall be filed on or before March

7    14, 2008;

8    2.    Plaintiff's reply in Support of her Motion to Remand shall be filed on or before

9    March 18, 2008; and

10   3.    A hearing on Plaintiff's Motion to Remand shall be held on April 1, 2008 at

11   9:00 a.m.

12

13   DATED: _____

     HONORABLE ELIZABETH D. LAPORTE
14   UNITED STATES MAGISTRATE JUDGE

15   Submitted by:

16   DATED: March 5, 2008

17   HAGENS BERMAN SOBOL SHAPIRO LLP

18

         /s/ Shana E. Scarlett
19       SHANA E. SCARLETT

20   HAGENS BERMAN SOBOL SHAPIRO LLP
     715 Hearst Avenue, Suite 202
21   Berkeley, California  94710
     Telephone: (510) 725-3000
22   Facsimile: (510) 725-3001
     shanas@hbsslaw.com
23
     Steve W. Berman
24   HAGENS BERMAN SOBOL SHAPIRO LLP
     1301 Fifth Avenue, Suite 2900
25   Seattle, Washington  98101
     Telephone: (206) 623-7292
26   Facsimile: (206) 623-0594
     steve@hbsslaw.com
27

28

[PROPOSED] ORDER GRANTING PL.'S ADMIN. MOT. TO          - 1 -
SHORTEN TIME – NO. 08-cv-0999-EDL
010004-16  227195 V1

1 Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
2 820 North Boulevard, Suite B
Oak Park, Ilinois 60301
3 Telephone: (708) 776-5600
Facsimile: (708) 776-5601
4
*Attorneys for Plaintiff Theadora King*

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                            /s/ Shana E. Scarlett
                                            SHANA E. SCARLETT

# Mailing Information for a Case 3:08-cv-00999-EDL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com,bonneym@hbsslaw.com

- **Elizabeth Anne Fegan**
  beth@hbsslaw.com

- **Livia M. Kiser**
  livia.kiser@lw.com,chefiling@lw.com

- **Mark S. Mester**
  mark.mester@lw.com,chefiling@lw.com,barbara.buti@lw.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Viviann C Stapp**
  viviann.stapp@lw.com,#sfdocket@lw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
```