1  HAGENS BERMAN SOBOL SHAPIRO LLP
   Shana E. Scarlett (217895)
2  715 Hearst Avenue, Suite 202
   Berkeley, CA  94710
3  Telephone: (510) 725-3000
4  Facsimile: (510) 725-3001
   shanas@hbsslaw.com
5
6  *Attorney for Plaintiff Theadora King*

7  [Additional Counsel on Signature Page]

8

9                     UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 | THEADORA KING, individually and on behalf  ) | No. 08-cv-0999-EDL
   | of all others similarly situated,          ) |
13 |                                            ) | CONSENT TO PROCEED BEFORE A
   |                            Plaintiff,      ) | UNITED STATES MAGISTRATE
14 |                                            ) | JUDGE
   |        v.                                  ) |
15 |                                            ) |
   | SAFEWAY, INC.,                             ) |
16 |                                            ) |
   |                            Defendant.      ) | Action filed:  January 11, 2008
17 |                                            ) |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: March 6, 2008                             HAGENS BERMAN SOBOL SHAPIRO LLP


By _____/s/ Shana E. Scarlett_____
    SHANA E. SCARLETT

715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
820 North Boulevard, Suite B
Oak Park, IL  60301
Telephone: (708) 776-5600
Facsimile: (708) 776-5601
beth@hbsslaw.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 6, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                /s/ Shana E. Scarlett
                SHANA E. SCARLETT

# Mailing Information for a Case 3:08-cv-00999-EDL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com,bonneym@hbsslaw.com

- **Elizabeth Anne Fegan**
  beth@hbsslaw.com

- **Livia M. Kiser**
  livia.kiser@lw.com,chefiling@lw.com

- **Mark S. Mester**
  mark.mester@lw.com,chefiling@lw.com,barbara.buti@lw.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Viviann C Stapp**
  viviann.stapp@lw.com,#sfdocket@lw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
```