UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THEADORA KING, individually and on behalf of all others similarly situated,

    Plaintiff(s),

v.

SAFEWAY, INC.

    Defendant(s).
_____/

No. C 08-0999-EDL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: March 7, 2008

Signature: [signed]

Counsel for Safeway, Inc.
(Plaintiff, Defendant, or indicate "pro se")