1   LATHAM & WATKINS LLP
    Viviann C. Stapp (Cal. Bar No. 233036)
2   505 Montgomery Street, Suite 1900
    San Francisco, California 94111-2562
3   Telephone: (415) 391-0600
    Facsimile: (415) 395-8095
4   Email: viviann.stapp@lw.com

5

6   Mark S. Mester (Ill. Bar No. 6196140) (*pro hac vice*)
    Livia M. Kiser (Ill. Bar No. 6275283) (*pro hac vice*)
7   233 South Wacker Drive
    Suite 5800 Sears Tower
8   Chicago, Illinois 60606
    Telephone: (312) 876-7700
9   Facsimile: (312) 993-9767
    Email: mark.mester@lw.com
10         livia.kiser@lw.com

11   *Attorneys for Defendant*
    *Safeway Inc.*

12

13

14

15        **UNITED STATES DISTRICT COURT FOR THE**

16        **NORTHERN DISTRICT OF CALIFORNIA**

17          **SAN FRANCISCO DIVISION**

18

19   THEADORA KING, individually, and on      CASE NO: CV-08-0999
    behalf of those similarly situated,

20          Plaintiff,

21

22      v.             **DECLARATION OF KATHLEEN P.**
                     **LALLY IN SUPPORT OF SAFEWAY**
23   SAFEWAY INC.,           **INC.'S OPPOSITION TO PLAINTIFF'S**
                     **MOTION TO SHORTEN TIME**
24          Defendant.

25

26

27

28

I, Kathleen P. Lally, declare and state as follows:

1.    I am an attorney admitted to practice law in Illinois and an associate with the law firm of Latham & Watkins LLP, counsel for Defendant Safeway Inc. ("Defendant" or "Safeway"), a retailer of Aurora Dairy Corporation, d/b/a Aurora Organic Dairy ("Aurora"). This declaration is filed in support of Safeway Inc.'s Opposition To Plaintiff's Motion To Shorten Time. I have personal and firsthand knowledge of the facts stated in this declaration. If called upon to do so, I could and would testify competently thereto.

2.    On February 19, 2008, I spoke with counsel for Plaintiff, Elizabeth A. Fegan of Hagens Berman Sobol Shapiro LLP, and informed her of Safeway's Notice of Removal. Ms. Fegan requested that the notice be sent to her electronically, indicating that she would like a copy of the notice of removal as soon as possible because she intended on filing a motion to remand. Another associate at Latham & Watkins LLP sent a PDF copy of Safeway's Notice of Removal to Ms. Fegan on February 19, 2008.

3.    Also during the February 19, 2008 phone call with Ms. Fegan, I informed her that the Judicial Panel on Multidistrict Litigation ("Multidistrict Panel") was expected to rule on the pending motion for transfer consolidation within the next day or two. The parties had been discussing the upcoming ruling of the Multidistrict Panel as it related to another action for which Ms. Fegan is also counsel. In fact, counsel for plaintiff in this action is also counsel for plaintiffs in four other actions, Hesse v. Costco Wholesale Corp., No. C07-1975-MJP (W.D. Wash.) before Honorable Marsha J. Pechman; Riley v. Safeway Inc., No. 07-cv-06174-SC (N.D. Cal.) before Honorable Samuel Conti; Bowen v. Wal-Mart Stores, Inc., No. 4:08-cv-00010-JLH (E.D. Ark.) before Honorable J. Leon Holmes; and Tysseling-Mattiace v. Wild Oats Markets, Inc., No.

1    07-cv-02622-WYD-BNB (D. Col.) before Honorable Wiley Y. Daniel, all of which are now

2    subject to the February 26, 2008 conditional transfer order.

3           4.      On March 4, 2008, I spoke with the Clerk of the Judicial Panel on Multidistrict

4    Litigation who informed me that a conditional transfer order was being prepared for this matter, as

5    well as for the other matters that were identified on February 26, 2008 by counsel for Aurora as

6    potential tag-along actions to In re: Aurora Dairy Corporation Organic Milk Marketing and Sales

7    Practice Litigation, MDL Docket No. 1907, and should be issued no later than early the week of

8    March 10, 2008.

9           5.      Attached hereto as Exhibit A is a true and correct copy of the Conditional Transfer

10   Orders entered on February 26, 2008 by the Judicial Panel on Multidistrict Litigation regarding In

11   re: Aurora Dairy Corporation Organic Milk Marketing and Sales Practice Litigation, MDL Docket

12   No. 1907.

13          6.      Attached hereto as Exhibit B is a true and correct copy of a letter dated January 24,

14   2008 sent by attorney Mark S. Mester of Latham & Watkins LLP to the clerk of the Judicial Panel

15   on Multidistrict District Litigation enclosing amended Schedule of Actions.

16          I declare under penalty of perjury under the laws of the United States that the

17   foregoing is true and correct.

18   Dated: March 10, 2008             Respectfully submitted,

Kathleen P. Lally

# EXHIBIT A

UNITED STATES JUDICIAL PANEL
on
# MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

February 26, 2008

FEB 2 6 2008

*Kroadl Sachnolf & War*

TO INVOLVED COUNSEL

Re:  MDL No. 1907 -- IN RE: Aurora Dairy Corp. Organic Milk Marketing and Sales Practices Litigation

(See Attached CTO-1)

Dear Counsel:

Attached hereto is a copy of a conditional transfer order filed today by the Panel involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001). Copies of Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions, are attached for your convenience.

Inasmuch as there is an unavoidable time lag between notification of the pendency of the tag-along action and the filing of a conditional transfer order, counsel are required by Rule 7.4(b) to notify this office **BY FACSIMILE**, at (202) 502-2888, of any official changes in the status of the tag-along action. These changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court. Your cooperation would be appreciated.

**NOTICE OF OPPOSITION DUE ON OR BEFORE:** ___**March 12, 2008**___   (4 p.m. EST)
(Facsimile transmission is suggested.)

If you are considering opposing this conditional transfer order, please review Rules 7.4 and 7.5 of the Panel <u>Rules</u> before filing your Notice of Opposition.

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Deputy Clerk

Attachments

JPML Form 39

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 2 6 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AURORA DAIRY CORP. ORGANIC
MILK MARKETING AND SALES
PRACTICES LITIGATION                                        MDL No. 1907

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-1)

On February 20, 2008, the Panel transferred three civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable E. Richard Webber.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Webber.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of February 20, 2008, and, with the consent of that court, assigned to the Honorable E. Richard Webber.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

IN RE: AURORA DAIRY CORP. ORGANIC
MILK MARKETING AND SALES
PRACTICES LITIGATION                                    MDL No. 1907


### SCHEDULE CTO-1 - TAG-ALONG ACTIONS


**DIST. DIV. C.A. #**          **CASE CAPTION**

ARKANSAS EASTERN
  ARE 4  08-10          Paul Bowen v. Wal-Mart Stores, Inc.

CALIFORNIA NORTHERN
  CAN 3  07-5331        Brenda Gallardo v. Aurora Dairy Corp.
  CAN 3  07-6174        Shawn Riley v. Safeway, Inc.

COLORADO
  CO 1  07-2285         Elizabeth Cockrell v. Aurora Dairy Corp.
  CO 1  07-2449         Jim Snell, et al. v. Aurora Dairy Corp., et al.
  CO 1  07-2622         Vicki M. Tysseling-Mattiace v. Wild Oats Markets, Inc.
  CO 1  07-2625         Margot West, et al. v. Aurora Dairy Corp.

MINNESOTA
  MN 0  07-4755         Patrick Hudspeth, et al. v. Target Corp.

NEW YORK EASTERN
  NYE 2  07-4425        Ilsa Lee Kaye v. Aurora Dairy Corp.

NEW YORK SOUTHERN
  NYS 1  07-9418        Hillary White, et al. v. Aurora Dairy Corp.

WASHINGTON WESTERN
  WAW 2  07-1975        Channing Hesse v. Costco Wholesale Corp.

RULE 5.2:    SERVICE OF PAPERS FILED

(a)    All papers filed with the Clerk of the Panel shall be accompanied by proof of previous or simultaneous service on all other parties in all actions involved in the litigation. Service and proof of service shall be made as provided in Rules 5 and 6 of the Federal Rules of Civil Procedure. The proof of service shall indicate the name and complete address of each person served and shall indicate the party represented by each. If a party is not represented by counsel, the proof of service shall indicate the name of the party and the party's last known address. The proof of service shall indicate why any person named as a party in a constituent complaint was not served with the Section 1407 pleading. The original proof of service shall be filed with the Clerk of the Panel and copies thereof shall be sent to each person included within the proof of service. After the "Panel Service List" described in subsection (d) of this Rule has been received from the Clerk of the Panel, the "Panel Service List" shall be utilized for service of responses to motions and all other filings. In such instances, the "Panel Service List" shall be attached to the proof of service and shall be supplemented in the proof of service in the event of the presence of additional parties or subsequent corrections relating to any party, counsel or address already on the "Panel Service List."

(b)    The proof of service pertaining to motions for transfer of actions pursuant to 28 U.S.C. § 1407 shall certify that copies of the motions have been mailed or otherwise delivered for filing to the clerk of each district court in which an action is pending that will be affected by the motion. The proof of service pertaining to a motion for remand pursuant to 28 U.S.C. § 1407 shall certify that a copy of the motion has been mailed or otherwise delivered for filing to the clerk of the Section 1407 transferee district court in which any action affected by the motion is pending.

(c)    Within eleven days of filing of a motion to transfer, an order to show cause or a conditional transfer order, each party or designated attorney shall notify the Clerk of the Panel, in writing, of the name and address of the attorney designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation. Only one attorney shall be designated for each party. Any party not represented by counsel shall be served by mailing such pleadings to the party's last known address. Requests for an extension of time to file the designation of attorney shall not be granted except in extraordinary circumstances.

(d)    In order to facilitate compliance with subsection (a) of this Rule, the Clerk of the Panel shall prepare and serve on all counsel and parties not represented by counsel, a "Panel Service List" containing the names and addresses of the designated attorneys and the party or parties they represent in the actions under consideration by the Panel and the names and addresses of the parties not represented by counsel in the actions under consideration by the Panel. After the "Panel Service List" has been received from the Clerk of the Panel, notice of subsequent corrections relating to any party, counsel or address on the "Panel Service List" shall be served on all other parties in all actions involved in the litigation.

(e)    If following transfer of any group of multidistrict litigation, the transferee district court appoints liaison counsel, this Rule shall be satisfied by serving each party in each affected action and all liaison counsel. Liaison counsel designated by the transferee district court shall receive copies of all Panel orders concerning their particular litigation and shall be responsible for distribution to the parties for whom he or she serves as liaison counsel.

RULE 7.4:    CONDITIONAL TRANSFER ORDERS FOR "TAG-ALONG ACTIONS"

(a)    Upon learning of the pendency of a potential "tag-along action," as defined in Rule 1.1 of these Rules, an order may be entered by the Clerk of the Panel transferring that action to the previously designated transferee district court on the basis of the prior hearing session(s) and for the reasons expressed in previous opinions and orders of the Panel in the litigation.  The Clerk of the Panel shall serve this order on each party to the litigation but, in order to afford all parties the opportunity to oppose transfer, shall not send the order to the clerk of the transferee district court for fifteen days from the entry thereof.

(b)    Parties to an action subject to a conditional transfer order shall notify the Clerk of the Panel within the fifteen-day period if that action is no longer pending in its transferor district court.

(c)    Any party opposing the transfer shall file a notice of opposition with the Clerk of the Panel within the fifteen-day period.  If a notice of opposition is received by the Clerk of the Panel within this fifteen-day period, the Clerk of the Panel shall not transmit said order to the clerk of the transferee district court until further order of the Panel.  The Clerk of the Panel shall notify the parties of the briefing schedule.

(d)    Within fifteen days of the filing of its notice of opposition, the party opposing transfer shall file a motion to vacate the conditional transfer order and brief in support thereof.  The Chairman of the Panel shall set the motion for the next appropriate hearing session of the Panel.  Failure to file and serve a motion and brief shall be treated as withdrawal of the opposition and the Clerk of the Panel shall forthwith transmit the order to the clerk of the transferee district court.

(e)    Conditional transfer orders do not become effective unless and until they are filed with the clerk of the transferee district court.

(f)    Notices of opposition and motions to vacate such orders of the Panel and responses thereto shall be governed by Rules 5.12, 5.2, 7.1 and 7.2 of these Rules.

RULE 7.5:    MISCELLANEOUS PROVISIONS CONCERNING "TAG-ALONG ACTIONS"

(a)    Potential "tag-along actions" filed in the transferee district require no action on the part of the Panel and requests for assignment of such actions to the Section 1407 transferee judge should be made in accordance with local rules for the assignment of related actions.

(b)    Upon learning of the pendency of a potential "tag-along action" and having reasonable anticipation of opposition to transfer of that action, the Panel may direct the Clerk of the Panel to file a show cause order, in accordance with Rule 7.3 of these Rules, instead of a conditional transfer order.

(c)    Failure to serve one or more of the defendants in a potential "tag-along action" with the complaint and summons as required by Rule 4 of the Federal Rules of Civil Procedure does not preclude transfer of such action under Section 1407.  Such failure, however, may be submitted by such a defendant as a basis for opposing the proposed transfer if prejudice can be shown.  The inability of the Clerk of the Panel to serve a conditional transfer order on all plaintiffs or defendants or their counsel shall not render the transfer of the action void but can be submitted by such a party as a basis for moving to remand as to such party if prejudice can be shown.

(d)    A civil action apparently involving common questions of fact with actions under consideration by the Panel for transfer under Section 1407, which was either not included in a motion under Rule 7.2 of these Rules, or was included in such a motion that was filed too late to be included in the initial hearing session, will ordinarily be treated by the Panel as a potential "tag-along action."

(e)    Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

Exhibit A - 8

IN RE: AURORA DAIRY CORP. ORGANIC
MILK MARKETING AND SALES
PRACTICES LITIGATION                                    MDL No. 1907

## INVOLVED COUNSEL LIST (CTO-1)

Eric A. Bartsch
STOEL RIVES LLP
33 South Sixth Street
Suite 4200
Minneapolis, MN 55402

Joseph Henry Bates III
CAULEY BOWMAN CARNEY &
WILLIAMS LLP
P.O. Box 25438
Little Rock, AR 72221-5438

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO
LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101

Garrett D. Blanchfield Jr
REINHARDT WENDORF &
BLANCHFIELD
332 Minnesota Street
Suite E-1250
St. Paul, MN 55101

Robert M. Bramson
BRAMSON PLUTZIK MAHLER &
BIRKHAEUSER LLP
2125 Oak Grove Road
Suite 120
Walnut Creek, CA 94598

David J. Burman
PERKINS COIE LLP
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099

Katherine A. Campbell
5646 Milton Street
Suite 211
Dallas, TX 75206

Robert B. Carey
CAREY LAW FIRM
2301 East Pikes Peak
Colorado Springs, CO 80909

Jay W. Connolly
SEYFARTH SHAW LLP
560 Mission Street
#3100
San Francisco, CA 94105-2930

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO
LLP
820 North Boulevard
Suite B
Oak Park, IL 60301

Philip E. Kaplan
KAPLAN BREWER MAXEY &
HARALSON PA
Metro Centre Mall
415 Main Street
Little Rock, AR 72201-3801

Livia Anne Kiser
LATHAM & WATKINS LLP
233 S. Wacker Drive
Suite 5800
Chicago, IL 60606

Daniel Kurowski
HAGENS BERMAN SOBOL SHAPIRO
LLP
820 North Boulevard
Suite B
Oak Park, IL 20302

**MDL No. 1907 - Involved Counsel List (CTO-1) (Continued)**

Christopher Lovell
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue
Floor 58
New York, NY 10110

Christopher A. Moeller
PRICE WAICUKAUSKI & RILEY LLC
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

William O. Reckler
LATHAM & WATKINS LLP
885 Third Avenue
Suite 1000
New York, NY 10022

Tracy D. Rezvani
FINKELSTEIN THOMPSON LLP
1050 30th Street, N.W.
Washington, DC 20007

Richard P. Rouco
WHATLEY DRAKE & KALLAS LLC
2001 Park Place, North
P.O. Box 10647
Birmingham, AL 35202-0647

Lee F. Sachnoff
KRENDL KRENDL SACHNOFF & WAY
PC
370 17th Street
Suite 5350
Denver, CO 80202

Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO
LLP
715 Hearst Avenue
Suite 202
Berkeley, CA 94710

Harry Shulman
MILLS LAW FIRM
145 Marina Boulevard
San Rafael, CA 94901

Kip B. Shuman
SHUMAN & BERENS LLP
801 East 17th Avenue
Denver, CO 80218-1417

Viviann C. Stapp
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-2562

Daniel F. Wake
SANDER INGEBRETSEN & PARISH PC
633 Seventeenth Street
#1900
Denver, CO 80202

Joe R. Whatley Jr.
WHATLEY DRAKE & KALLAS LLC
1540 Broadway
37th Floor
New York, NY 10036

# EXHIBIT B

**Mark S. Mester**
Direct Dial: 312-876-7623
mark.mester@lw.com

Sears Tower, Suite 5800
233 S. Wacker Dr.
Chicago, Illinois 60606
Tel: +1.312.876.7700  Fax: +1.312.993.9767
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

January 24, 2008

**BY FEDERAL EXPRESS**

Jeffery N. Lüthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E.,
Room G-255, North Lobby
Washington, D.C. 20002-8004

Re:   MDL No. 1907:  In re Aurora Dairy Corporation
      Organic Milk Marketing and Sales Practice Litigation

Dear Mr. Lüthi:

As called for by MDL Rule 7.5, please find enclosed an Amended Schedule of Actions, which reflects several additional federal lawsuits that have been filed against our client, Aurora Dairy Corporation, since the time Aurora filed its opposition to the transfer motion of Plaintiffs Rebecca and Fernando Freyre. See generally Aurora Opp. (filed Nov. 13, 2007). This Amended Schedule supersedes the schedule Aurora previously submitted and reflects recent filings.

In addition, we also advise the Panel of additional federal actions that have been filed against customers of Aurora Dairy Corporation. These actions allege claims purportedly arising out of the sale of organic milk by Aurora. These additional actions are, in turn, also listed on the Amended Schedule of Actions in a separate table.

Respectfully submitted,

Mark S. Mester
of LATHAM & WATKINS LLP

Enclosure

cc:   All Counsel

## SCHEDULE OF ACTIONS
## AURORA DAIRY CORPORATION IS AWARE OF IN WHICH
## <u>IT IS NAMED AS A DEFENDANT AS OF JANUARY 25, 2008</u>

| CASE CAPTION | COURT | CIVIL ACTION NO. | JUDGE |
|---|---|---|---|
| Plaintiffs:<br>Kristine Mothershead and Leonie Lloyd, individually and on behalf of all others similarly situated<br><br>Defendant:<br>Aurora Dairy Corporation d/b/a Aurora Organic Dairy | E.D. Missouri, Eastern Division | 4:07-cv-01701-CAS | Hon. Charles A. Shaw |
| Plaintiffs:<br>Maya Fiallos, individually and on behalf of all others similarly situated<br><br>Defendant:<br>Aurora Dairy Corporation d/b/a Aurora Organic Dairy | S.D. Florida, Southern Division | 1:07-cv-22748-AJ | Hon. Adalberto J. Jordan |
| Plaintiffs:<br>Rebecca and Fernando Freyre, on behalf of themselves and all others similarly situated<br><br>Defendant:<br>Aurora Dairy Corporation | D. Colorado | 1:07-cv-02183-EWN-CBS | Hon. Edward W. Nottingham, Jr. |

| CASE CAPTION | COURT | CIVIL ACTION NO. | JUDGE |
|---|---|---|---|
| Plaintiffs:<br>Mona Still, Helen Phillips, Eve Hana, Jeanmarie Zirger, Kim King, Noelle Fincham, Oksana Jensen, Gabriela Waschewsky, Laurelanne Davis, Debbie Millikan, Joan Scheutz, Sandie Regan, Steve Shriver, Mary Elbertai, Eileen Ptak, Cynthia Roche-Cotter, Kristen Finnegan, Amy Forsman, Joy Beckner, Naomi Mardock, Olive Knaus, Liana Hoodes, Donita Robinson, Ilene Rachford, Lisa Hopkins, Caryn Poirier, Erin Diserens, Tammy Coselli, Debra Haines, Debra Schmidt, and Hans Kueck<br><br>Defendant:<br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy | D. Colorado | 1:07-cv-02188-WDM-BNB | Hon. Walker D. Miller |
| Plaintiffs:<br>Brenda Gallardo, an individual<br><br>Defendant:<br>Aurora Dairy Corporation d/b/a Aurora Organic Dairy | N.D. California | 3:07-cv-05331-MJJ | Hon. Martin J. Jenkins |

| CASE CAPTION | COURT | CIVIL ACTION NO. | JUDGE |
|---|---|---|---|
| Plaintiffs:<br>Hillary White and Lynn Michalson, individually and on behalf of all others similarly situated<br><br>Defendant:<br>Aurora Dairy Corporation d/b/a Aurora Organic Dairy | S.D. New York | 1:07-cv-09418-DAB | Hon. Deborah A. Batts |
| Plaintiffs:<br>Ilsa Lee Kaye, individually and on behalf of all others similarly situated<br><br>Defendant:<br>Aurora Dairy Corporation d/b/a Aurora Organic Dairy | E.D. New York | 2:07-cv-04425-DRH-ETB | Hon. Denis R. Hurley |
| Plaintiffs:<br>Elizabeth Cockrell, individually and on behalf of all others similarly situation<br><br>Defendant:<br>Aurora Dairy Corporation d/b/a Aurora Organic Dairy | D. Colorado | 1:07-cv-02285-LTB | Hon. Lewis T. Babcock |

| CASE CAPTION | COURT | CIVIL ACTION NO. | JUDGE |
|---|---|---|---|
| Plaintiffs:<br>Jim Snell, Steve Clark, John Barrera, Joseph Villari, Elida Gollomp, Claire M. Theodore and Elisabeth Banse, on behalf of themselves and all other similarly situated<br><br>Defendants:<br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy, Wild Oats Market, Inc., Costco Wholesale Corporation, Safeway, Inc. | D. Colorado | 1:07-cv-02449-MSK-KMT | Hon. Marcia S. Krieger |
| Plaintiffs:<br>Margot A. West, and Richard E. Ehly, individually and on behalf of a class of all others similarly situated<br><br>Defendant:<br>Aurora Dairy Corporation, d/b/a Aurora Organic Dairy | D. Colorado | 1:07-cv-02625-JLK | Hon. John L. Kane |

**SCHEDULE OF ACTIONS IN WHICH AURORA DAIRY CORPORATION
IS NOT NAMED AS A DEFENDANT BUT THAT INVOLVE
THE SALE OF ORGANIC MILK PRODUCED BY AURORA**

| CASE CAPTION | COURT | CIVIL ACTION NO. | JUDGE |
|---|---|---|---|
| Plaintiffs: Channing Hesse, individually and on behalf of a class of all others similarly situated<br><br>Defendant: Costco Wholesale Corporation | W.D. Washington | 2:07-cv-01975-MJP | Hon. Marsha J. Pechman |
| Plaintiffs: Shawn Riley, individually and on behalf of all others similarly situated<br><br>Defendant: Safeway Inc. | N.D. California | 3:07-cv-06174-JCS | Hon. Joseph C. Spero |
| Plaintiff: Paul Bowen, individually and on behalf of all others similarly situated<br><br>Defendant: Wal-Mart Stores, Inc. | E.D. Arkansas | 4:08-cv-0010-JLH | Hon. J. Leon Holmes |
| Plaintiffs: Vicki M. Tysseling-Mattiace, individually and on behalf of a class of all others similarly situated<br><br>Defendant: Wild Oats Markets, Inc. | D. Colorado | 1:07-cv-02622-WYD-BNB | Hon. Wiley Y. Daniel |

| CASE CAPTION | COURT | CIVIL ACTION NO. | JUDGE |
|---|---|---|---|
| Plaintiffs:<br>Patrick and Caryn Hudspeth, individually and on behalf of a class of all others similarly situated<br><br>Defendant:<br>Target Corporation | D. Minnesota | 0:07-cv-04755-PJS-JJG | Hon. Patrick J. Schiltz |

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE AURORA DAIRY CORPORATION    )
ORGANIC MILK MARKETING AND      )     **MDL Docket No:  1907**
SALES PRACTICES LITIGATION       )
                                     )

**PROOF OF SERVICE**

I, Mark S. Mester, hereby certify that copies of the following were served by prepaid,

first class United States mail and E-mail upon all counsel of record listed on the attached Panel

Attorney Service List:

    (1)     Amended Schedule of Actions

    (2)     Proof Of Service.


Dated:  January 25, 2008                Respectfully submitted,

                                          _____

                                          Mark S. Mester, One of the Attorneys for
                                          Defendant Aurora Dairy Corporation

Mark S. Mester
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800 Sears Tower
Chicago, Illinois 60606
Telephone:  312-876-7623
Facsimile:  312-993-9767
E-Mail:  mark.mester@lw.com

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

|  |  |  |
|---|---|---|
| IN RE AURORA DAIRY CORPORATION ORGANIC MILK MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) ) | MDL Docket No: 1907 |

**PANEL ATTORNEY SERVICE LIST**

David M. Buckner
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon, Suite 900
Miami, Florida 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508
E-mail: dmb@kttlaw.com

*Counsel for Plaintiff*
*Fiallos v. Aurora Dairy Corporation, Case No.*
*1:07-cv-22748-AJ (S.D. Fla.)*

John E. Campbell
SIMON PASSANANTE, P.C
701 Market Street, Suite 1450
St. Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241 -2029
E-mail: jcampbell@simonpassanante.com

*Counsel for Plaintiff*
*Mothershead, et al. v. Aurora Organic Dairy,*
*Case No. 4:07-cv-01701-CAS (E.D. Mo.)*

Kenneth S. Canfield
DOFFERMYER, SHIELDS, CANFIELD,
    KNOWLES AND DEVINE, LLC
1355 Peachtree Street, Suite 1600
Atlanta, Georgia 30309
Telephone: (404) 881-8900
Facsimile: (404) 881-3007
E-mail: kcanfield@dsckd.com

*Counsel for Plaintiff*
*Freyre, et al. v. Aurora Dairy Corporation,*
*Case No. 1:07-cv-02183-EWN-CBS (D. Colo.)*

Don M. Downing
GRAY, RITTER & GRAHAM, P.C.
701 Market Street, Suite 800
St. Louis, Missouri 63101-1826
Telephone: (314) 241-5620
Facsimile: (314) 241-4140
E-mail: ddowning@grgpc.com

*Counsel for Plaintiff*
*Still, et al. v. Aurora Dairy Corporation,*
*Case No. 1:07-cv-02188-WDM-BNB (D. Colo.)*

Adam J. Levitt
WOLF HALDENSTEIN ADLER
    FREEMAN & HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
Telephone: (312) 984-0000
Facsimile: (312) 984-0001
E-mail: levitt@whafh.com

*Counsel for Plaintiffs*
*Still, et al. v. Aurora Dairy Corporation,*
*Case No. 1:07-cv-02188-WDM-BNB (D. Colo.)*

Curtis F. Gantz
LANE, ALTON & HORST LLC
Two Miranova Place, Suite 500
Columbus, Ohio 43215
Telephone: (614) 228-6885
Facsimile: (614) 228-0146
E-mail: cgantz@lanealton.com

*Counsel for Plaintiffs*
*Still, et al. v. Aurora Dairy Corporation,*
*Case No. 1:07-cv-02188-WDM-BNB (D. Colo.)*

# SUPPLEMENTAL COUNSEL OF RECORD SERVICE LIST

***Counsel for Plaintiff***
***Cockrell v. Aurora Dairy Corporation***, *1:07-cv-02285-LTB (D. Colo.)*

| | |
|---|---|
| Kip B. Shuman | Christopher Lovell |
| THE SHUMAN LAW FIRM | Craig Essenmacher |
| 801 East 17th Avenue | Keith Essenmacher |
| Denver, Colorado 80218-1417 | LOVELL STEWART HALEBIAN LLP |
| Telephone: 303-861-3003 | 500 Fifth Avenue |
| Facsimile: 303-830-6920 | New York, New York 10110 |
| E-mail: kip@shumanlawfirm.com | Telephone: 212-608-1900 |
| | Facsimile: 212-719-4677 |
| | E-mail: lshllp@lshllp.com |

***Counsel for Plaintiff***
***Cowan v. Aurora Dairy Corporation, et al.***, *Case No. 49D13 07 12 PL 055553 (Marion County, Indiana Superior Court)*

Irwin B. Levin
Richard E. Shevitz
Arend J. Abel
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593
E-mail: aabel@cohenandmalad.com

***Counsel for Plaintiff***
***DiSimone v. Aurora Dairy Corporation, et al.***, *Case No. BD379475 (Superior Court of the State of California for the County of Los Angeles)*

| | |
|---|---|
| Maury A. Herman | David A. Rosen |
| David A. McKay | Alexis B. Djivre |
| HERMAN, MATHIS, CASEY, KITCHENS & | ROSE, KLEIN & MARIAS LLP |
| GEREL, LLP | 801 South Grand Avenue, 11th Floor |
| 230 Peachtree Street, N.W., Suite 2260 | Los Angeles, California 90017-4645 |
| Atlanta, Georgia 30303 | Telephone: 213-626-0571 |
| Telephone: 404-880-9500 | Facsimile: 213-623-7755 |
| Facsimile: 404-880-9605 | |

Christopher P. Ridout
RIDOUT & LYON LLP
100 Oceangate, 14th Floor
Long Beach, California 90802
Telephone: 562-216-5020
Facsimile: 562-216-5065

Gideon Kracov
LAW OFFICE OF GIDEON KRACOV
801 South Grand Avenue, 11th Floor
Los Angeles, California 90017-4645
Telephone: 213-629-2071
Facsimile: 213-623-7755

*Counsel for Plaintiff*
***Fiallos v. Aurora Dairy Corporation, Case No. 1:07-cv-22748-AJ (S.D. Fla.)***

David Buckner
Thomas A. Tucker Ronzetti
KOZYAK TROPIN & THROCKMORTON
2525 Ponce de Leon Boulevard, Suite 900
Coral Gables, Florida 33134-6036
Telephone: (305) 372-1800
Facsimile: (305) 372-3508
Email: dmb@kttlaw.com; tr@kttlaw.com

Timothy Carl Blake
Concorde Building
66 West Flagler Street
Miami, Florida 33130-1803
Telephone: (305) 373-5210
Facsimile: (305) 373-4323
E-mail: jlorenzo@timblakelaw.com

*Counsel for Plaintiffs*
***Freyre, et al. v. Aurora Dairy Corporation, Case No. 1:07-cv-02183-EWN-CBS (D. Colo.)***

Eric J. Artrip
Herman A. Watson, Jr.
Rebekah K. McKinney
WATSON JIMMERSON MARTIN
MCKINNEY GRAFFEO & HELMS, P.C.
P.O. Box 18368
203 Greene Street
Huntsville, Alabama 35804
Telephone: (256) 536-7423
Facsimile: (256) 536-2689
E-mail: artrip@watsonjimmerson.com
        watson@watsonjimmerson.com
        mckinney@watsonjimmerson.com
Kenneth S. Canfield
Kimberly J. Johnson
Martha J. Fessenden
DOFFERMYRE SHIELDS CANFIELD
KNOWLES & DEVINE, LLC
1355 Peachtree Street, N.E., #1600
Atlanta, Georgia 30309-3238
Telphone: (404) 881-8900
Facsimile: (404) 404-881-3007
E-mail: kcanfield@dsckd.com
        kjohnson@dsckd.com
        mfessenden@dsckd.com

Harold A. Haddon
Saskia A. Jordan
Suzanna Wasito Tiftickjian
HADDON, MORGAN, MUELLER,
JORDAN, MACKEY & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Telephone: (303) 831-7364
Facsimile: (303) 832-2628
E-mail: hhaddon@hmflaw.com;
        sjordan@hmflaw.com
        stiftickjian@hmflaw.com

*Counsel for Plaintiff*
*Gallardo v. Aurora Dairy Corporation, Case No. 3:07-cv-05331-MJJ (N.D. Cal.)*

| | |
|---|---|
| Robert M. Bramson | Harry Shulman |
| BRAMSON, PLUTZIK, MAHLER & | Robert Wade Mills, Jr. |
| BIRKHAEUSER LLP | THE MILLS LAW FIRM |
| 2125 Oak Grove Road, Suite 120 | 145 Marina Boulevard |
| Walnut Creek, California 94598 | San Rafael, California 94901 |
| Telephone:  925-945-0200 | Telephone:  415-445-1326 |
| Facsimile:  925-945-8792 | Facsimile:  415-455-1327 |
| E-mail: rbramson@bramsonplutzik.com | E-mail: harry@millslawfirm.com |
| | |
| Stephen Henry Gardner | |
| Katherine Campbell | |
| Center for Science in the Public Interest | |
| 5646 Milton Street, Suite 211 | |
| Dallas, Texas 75206 | |
| Telephone:  (214) 827-2774, Ext. 111 | |
| Facsimile:  (214) 827-2787 | |
| E-mail:  steve@consumerhelper.com | |

*Counsel for Plaintiffs*
*Kaye v. Aurora Dairy Corporation, Case No. 2:-07-cv-04425-DRH-ETB (E.D.N.Y.)*

Christopher Lovell
Craig Essenmacher
Keith Essenmacher
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue
New York, New York 10110
Telephone:  212-608-1900
Facsimile:  212-719-4677
E-mail:  lshllp@lshllp.com

*Counsel for Plaintiffs*
*Mothershead, et al. v. Aurora Dairy Corporation, Case No. 4:07-cv-01701-CAS (E.D. Mo.)*

| | |
|---|---|
| Seth R. Lesser | John E. Campbell |
| LOCKS LAW FIRM | SIMON AND PASSANANTE, PC |
| 110 East 55th Street | 701 Market Street, Suite 1450 |
| New York, New York 10022 | St. Louis, Missouri 63101 |
| Telephone:  (212) 838-3333 | Telephone:  (314) 241-2929 |
| Facsimile:  (212) 838-3735 | Facsimile:  (314) 241-2029 |
| E-mail: slesser@lockslawny.com | Email: jcampbell@simonpassanante.com |

***Counsel for Plaintiffs***
***Snell, et al. v. Aurora Dairy Corporation***, *Case No. 1:07-cv-02449-MSK-KMT (D. Colo.)*

| | |
|---|---|
| Edith M. Kallas | Richard P. Rouco |
| Joe Ramon Whatley, Jr. | William Tucker Brown |
| WHATLEY DRAKE & KALLAS, LLC | WHATLEY DRAKE & KALLAS, LLC |
| 1540 Broadway, 37th Floor | P.O. Box 10647 |
| New York, New York 10036 | 2001 Park Place North, #1000 |
| Telephone:  (212) 447-7019 | Birmingham, Alabama 35202-0647 |
| Facsimile:  (212) 447-7077 | Telephone:  (205) 328-9576 |
| E-mail:  ekallas@wdklaw.com; | Facsimile:  (205) 328-9669 |
|           jwhatley@wdklaw.com; | Email:  rrouco@wdklaw.com; |
| |           tbrown@wdklaw.com |

***Counsel for Defendant Wild Oats Market, Inc.***
***Snell, et al. v. Aurora Dairy Corporation***, *Case No. 1:07-cv-02449-MSK-KMT (D. Colo.)*

Jay W. Connolly
SEYFARTH SHAW, LLP
560 Mission Street, #3100
San Francisco, California 94105-2930
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549
E-mail: jconnolly@seyfarth.com

***Counsel for Plaintiffs***
***Still, et al. v. Aurora Dairy Corporation***, *Case No. 1:07-cv-02188-WDM-BNB (D. Colo.)*

| | |
|---|---|
| Adam J. Levitt | Don Manley Downing |
| WOLF HALDENSTEIN ADLER FREEMAN | GRAY RITTER & GRAHAM, P.C. |
| & HERZ, LLP | 701 Market Street, #800 |
| 55 West Monroe Street, #1111 | St. Louis, Missiouri 63101 |
| Chicago, Illinois 60603 | Telephone:  (314) 241-5620 |
| Telephone:  (312) 984-0000 | Facsimile:  (314) 241-4140 |
| Facsimile:  (312)-984-0001 | E-mail: ddowning@grgpc.com |
| E-mail: levitt@whafh.com | |

***Counsel for Plaintiffs***
***West, et al. v. Aurora Dairy Corporation***, *Case No. 1:07-cv-02625-JLK (D. Colo.)*

**Tracy Diana Rezvani**
FINKELSTEIN THOMPSON, LLP
1050 30th Street, N.W.
Washington, D.C. 20007
Telephone:  (202) 337-8000
Facsimile:  (202) 337-8090
E-mail: trezvani@finkelsteinthompson.com

***Counsel for Plaintiffs***
***White, et al. v. Aurora Dairy Corporation***, *Case No. 1:07-cv-09418-DAB (S.D.N.Y.)*

Christopher Lovell
Craig Essenmacher
Keith Essenmacher
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue
New York, New York 10110
Telephone:  212-608-1900
Facsimile:  212-719-4677
E-mail:  lshllp@lshllp.com

***Counsel for Plaintiff***
***Bowen v. Wal-Mart Stores, Inc.***, *Case No. 4:08-cv-00010-JLH (E.D. Ark.)*

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
820 North Boulevard, Suite B
Oak Park, Illinois 60301
Telephone: (708) 776-5600
Facsimile:  (708) 776-5601
E-mail: beth@hbsslaw.com

Joseph Henry Bates, III
CAULEY BOWMAN CARNEY &
WILLIAMS, LLP
Post Office Box 25438
Little Rock, Arkansas 72221-5438
Telephone:  (501) 312-8500
E-mail: hbates@cauleybowman.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
E-mail: steve@hbsslaw.com

***Counsel for Plaintiff***
***Hesse v. Costco Wholesale Corporation***, *Case No. 2:07-cv-01975-MJP (W.D. Wash.)*

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 5th Avenue, Suite 2900
Seattle, Washington 98101
Telephone:  (206) 623-7292
E-mail: steve@hbsslaw.com

*Counsel for Defendant*
<u>*Hesse v. Costco Wholesale Corporation*</u>*, Case No. 2:07-cv-01975-MJP (W.D. Wash.)*

David J. Burman
Shylah Renee Alfonso
PERKINS COIE
1201 3rd Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone: (206) 359-8426
Email: dburman@perkinscoie.com
        salfonso@perkinscoie.com

*Counsel for Plaintiffs*
<u>*Hudspeth, et al. v. Target Corp.*</u>*, Case No. 0:07-cv-04755-PJS-JJG (D. Minn.)*

Christopher A. Moeller
Joseph N. Williams
William N. Riley
PRICE WAICUKAUSKI & RILEY, LLC
301 Massachusetts Avenue
Indianapolis, Indiana 46204
Telephone: (317) 633-8787
Facsimile: (317) 633-8797
E-mail:    cmoeller@price-law.com
           jwilliams@price-law.com
           wriley@price-law.com

Garrett D Blanchfield, Jr
REINHARDT WENDORF &
BLANCHFIELD
332 Minnesota Street, Suite E-1250
St Paul, Minnesota 55101
Telephone: (651) 287-2100
E-mail: g.blanchfield@rwblawfirm.com

*Counsel for Plaintiff*
<u>*King v. Safeway, Inc.*</u>*, Case No. RG08365602 (Alameda County, California Superior Court)*

Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
E-mail: shanas@hbsslaw.com

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
820 North Boulevard, Suite B
Oak Park, Illinois 60301
Telephone: (708) 776-5600
Facsimile: (708) 776-5601
E-mail: beth@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com

*Counsel for Plaintiff*
*Riley v. Safeway, Inc., Case No. 3:07-cv-06174-JCS (N.D. Cal.)*

| | |
|---|---|
| Shana E. Scarlett | Steve W. Berman |
| HAGENS BERMAN SOBOL SHAPIRO LLP | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 715 Hearst Avenue, Suite 202 | 1301 Fifth Avenue, Suite 2900 |
| Berkeley, California 94710 | Seattle, Washington 98101 |
| Telephone: (510) 725-3000 | Telephone: (206) 623-7292 |
| Facsimile: (510) 725-3001 | Facsimile: (206) 623-0594 |
| E-mail: shanas@hbsslaw.com | E-mail: steve@hbsslaw.com |

Elizabeth Anne Fegan
820 North Boulevard, Suite B
Oak Park, Illinois 60301
Telephone: 708-776-5600
E-mail: beth@hbsslaw.com

*Counsel for Plaintiff*
*Tysseling-Mattiace v. Wild Oats Markets, Inc., Case No. 1:07-cv-2622-WYD-BNB (D. Colo.)*

Robert Bruce Carey
Frances Renae Johnson
THE CAREY LAW FIRM
2301 East Pikes Peak Avenue
Colorado Springs, Colorado 80909
Telephone: (719) 635-0377
Facsimile: (719) 719-635-2920
E-mail: rob.carey@att.net;
   fjohnson@careylaw.com

*Counsel for Defendant*
*Tysseling-Mattiace v. Wild Oats Markets, Inc., Case No. 1:07-cv-2622-WYD-BNB (D. Colo.)*

Jay W. Connolly
SEYFARTH SHAW, LLP
560 Mission Street, #3100
San Francisco, California 94105-2930
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
E-mail: jconnolly@seyfarth.com

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**

Docket:  1907 - IN RE: Aurora Dairy Corp. Organic Milk Marketing and Sales Practices Litigation
Status:  Pending on  / /
Transferee District:        Judge:

Printed on 11/05/2007

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
| --- | --- |

**Buckner, David M.**
KOZYAK TROPIN & THROCKMORTON PA
2525 Ponce de Leon Boulevard
9th Floor
Miami, FL 33134

=> **Phone: (305) 372-1800  Fax: (305) 372-3508  Email: dmb@kttlaw.com**
Fiallos, Maya*

**Campbell, John E.**
SIMON & PASSANANTE P C
701 Market Street
Suite 1450
St. Louis, MO 63101

=> **Phone: (314) 241-2929  Fax: (314) 241-2029  Email: jcampbell@simonpassanante.com**
Lloyd, Leonie*; Mothershead, Kristine*

**Canfield, Kenneth S.**
DOFFERMYRE SHIELDS CANFIELD KNOWLES &
DEVINE
1355 Peachtree Street
Suite 1600
Atlanta, GA 30309

=> **Phone: (404) 881-8900  Fax: (404) 881-3007  Email: kcanfield@dsckd.com**
Freyre, Fernando*; Freyre, Rebecca*

**Downing, Don M.**
GRAY RITTER & GRAHAM PC
701 Market Street
Suite 800
St. Louis, MO 63101-1826

=> **Phone: (314) 241-5620  Fax: (314) 241-4140  Email: ddowning@grgpc.com**
Beckner, Joy*; Elbertai, Mary*; Finnegan, Kristen*; Forsman, Amy*; Mardock, Naomi*; Ptak, Eileen*;
Regan, Sandie*; Roche-Cotter, Cynthia*; Scheutz, Joan*; Shriver, Steve*

**Gantz, Curtis F.**
LANE ALTON & HORST LLC
Two Miranova Place
Suite 500
Columbus, OH 43215

=> **Phone: (614) 228-6885  Fax: (614) 228-0146  Email: cgantz@lanealton.com**
Coselli, Tammy*; Diserens, Erin*; Haines, Debra*; Hoodes, Liana*; Hopkins, Lisa*; Knaus, Olive*;
Kueck, Hans*; Poirier, Caryn*; Rachford, Ilene*; Robinson, Donita*; Schmidt, Debra*

**Levitt, Adam J.**
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC

55 West Monroe Street
Suite 1111
Chicago, IL 60603

=> **Phone: (312) 984-0000  Fax: (312) 984-0001  Email: levitt@whafh.com**
Davis, Laurelanne*; Fincham, Noelle*; Hana, Eve*; Jensen, Oksana*; King, Kim*; Millikan, Debbie*;
Phillips, Helen*; Still, Mona*; Waschewsky, Gabriela*; Zirger, Jeanmarie*

**Mester, Mark S.**
LATHAM & WATKINS LLP
233 S. Wacker Drive
Suite 5800
Sears Tower
Chicago, IL 60606

=> **Phone: (312) 876-7623  Fax: (312) 993-9767  Email: mark.mester@lw.com**
Aurora Dairy Corp. dba Aurora Organic Dairy*

Note: Please refer to the report title page for complete report scope and key.