| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   | Viviann C. Stapp (Bar No. 233036) |
| 2 | 505 Montgomery Street, Suite 2000 |
|   | San Francisco, California  94111 |
| 3 | Telephone: (415) 391-0600 |
|   | Facsimile: (415) 395-8095 |
| 4 | Email: viviann.stapp@lw.com |
| 5 | Mark S. Mester (Ill. Bar No. 6196140) (*pro hac vice*) |
|   | Livia M. Kiser (Ill. Bar No. 6275283) (*pro hac vice*) |
| 6 | Sears Tower, Suite 5800 |
|   | 233 South Wacker Drive |
| 7 | Chicago, Illinois  60606 |
|   | Telephone: (312) 876-7700 |
| 8 | Facsimile: (312) 993-9767 |
|   | Email: livia.kiser@lw.com |
| 9 | |
|   | *Attorneys for Defendant Safeway Inc.* |

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THEADORA KING, individually, and on behalf of those similarly situated, | CASE NO:  CV-08-00999-MMC |
| Plaintiff, | |
| v. | **SAFEWAY INC.'S LOCAL RULE 3-13** |
| SAFEWAY INC., | **NOTICE OF CONDITIONAL TRANSFER** |
| Defendant. | **ORDER** |

1   Defendant Safeway Inc. ("Safeway"), by its counsel, hereby provides, pursuant to Local
2   Rule 3-13 and in conjunction with Safeway's notice of pendency of other actions or proceedings
3   (Dkt. # 5) and Safeway's supplemental notice of the pendency of other actions or proceedings
4   (Dkt. #22), notice to this Court of the Conditional Transfer Order issued on March 12, 2008 by
5   the Judicial Panel on Multidistrict Litigation transferring the above-captioned matter pursuant to
6   Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D.
7   425 (2001).  <u>See</u> Declaration of Livia Kiser at Ex. A (March 12, 2008 Conditional Trans. Order).

Dated:  March 18, 2008                           Respectfully submitted,

                                                  COUNSEL FOR DEFENDANT
                                                  SAFEWAY INC.

                                                  By:    /s/Viviann C. Stapp
                                                  LATHAM & WATKINS LLP
                                                  Viviann C. Stapp (Cal. Bar No. 233036)
                                                  505 Montgomery Street, Suite 2000
                                                  San Francisco, California 94111-2562
                                                  Telephone: (415) 391-0600
                                                  Facsimile: (415) 395-8095
                                                  Email: viviann.stapp@lw.com