HAGENS BERMAN SOBOL SHAPIRO LLP
Shana E. Scarlett (217895)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

*Attorney for Plaintiff Theadora King*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THEADORA KING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY, INC.,<br><br>Defendant. | No. 08-cv-0999-MMC<br><br>RE-NOTICE OF PLAINTIFF'S MOTION TO REMAND<br><br>DATE:   April 25, 2008<br>TIME:   9:00 a.m.<br>DEPT:   Courtroom 7, 19th Floor<br><br>Action filed:  January 11, 2008 |

010004-16 229308 V1

1    **TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

2    PLEASE TAKE NOTICE THAT pursuant to Clerk of the Court's reassignment order,
3    dated March 18, 2008, Plaintiff's Notice of Motion and Motion to Remand, previously filed on
4    March 5, 2008, will be heard by the Court on April 25, 2008 at 9:00 a.m. in front of the Honorable
5    Maxine M. Chesney, in the United States District Court, Northern District of California,
6    Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, or at a time
7    convenient for the Court, if the Court grants Plaintiff's Administrative Motion to Shorten Time,
8    filed concurrently herewith.

9    DATED: March 19, 2008                HAGENS BERMAN SOBOL SHAPIRO LLP

By   /s/ Shana E. Scarlett
        SHANA E. SCARLETT

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
820 North Boulevard, Suite B
Oak Park, IL 60301
Telephone: (708) 776-5600
Facsimile: (708) 776-5601
beth@hbsslaw.com

Attorneys for Plaintiff

RE-NOTICE OF PLAINTIFF'S MOTION TO REMAND – NO.     - 1 -
08-cv-0999-MMC
010004-16 229308 V1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

      /s/ Shana E. Scarlett
      SHANA E. SCARLETT

# Mailing Information for a Case 3:08-cv-00999-MMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com,bonneym@hbsslaw.com

- **Elizabeth Anne Fegan**
  beth@hbsslaw.com

- **Livia M. Kiser**
  livia.kiser@lw.com,chefiling@lw.com

- **Mark S. Mester**
  mark.mester@lw.com,chefiling@lw.com,barbara.buti@lw.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Viviann C Stapp**
  viviann.stapp@lw.com,#sfdocket@lw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
```