UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THEADORA KING, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAFEWAY, INC.,<br><br>　　　　　　　　　　　　Defendant. | No. 08-cv-0999-MMC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SHORTEN TIME |

010004-16  229356 V1

1   This matter comes before the Court on Plaintiff's Administrative Motion to Shorten Time.

2   Upon consideration of the foregoing motion, the papers submitted in support and opposition

3   thereto, and good cause appearing:

4   IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED.  The briefing schedule

5   on Plaintiff's Motion to Remand shall be as follows:

6   1. Defendant's opposition to the Motion to Remand shall be filed on or before March

7   28, 2008;

8   2. Plaintiff's reply in Support of her Motion to Remand shall be filed on or before

9   April 4, 2008; and

10  3. A hearing on Plaintiff's Motion to Remand shall be held on April 18, 2008 at

11  9:00 a.m.

13  DATED: _____
                               HONORABLE MAXINE M. CHESNEY
14                             UNITED STATES MAGISTRATE JUDGE

15  Submitted by:

16  DATED: March 19, 2008

17  HAGENS BERMAN SOBOL SHAPIRO LLP

19       /s/ Shana E. Scarlett
         SHANA E. SCARLETT

20  HAGENS BERMAN SOBOL SHAPIRO LLP
    715 Hearst Avenue, Suite 202
21  Berkeley, California  94710
    Telephone: (510) 725-3000
22  Facsimile: (510) 725-3001
    shanas@hbsslaw.com
23
    Steve W. Berman
24  HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Fifth Avenue, Suite 2900
25  Seattle, Washington  98101
    Telephone: (206) 623-7292
26  Facsimile: (206) 623-0594
    steve@hbsslaw.com
27

28

[PROPOSED] ORDER GRANTING PL.'S ADMIN. MOT. TO   - 1 -
SHORTEN TIME – NO. 08-cv-0999-MMC
010004-16  229356 V1

1  Elizabeth A. Fegan
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  820 North Boulevard, Suite B
   Oak Park, Ilinois 60301
3  Telephone: (708) 776-5600
   Facsimile: (708) 776-5601
4
   *Attorneys for Plaintiff Theadora King*
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                                    /s/ Shana E. Scarlett
                                                    SHANA E. SCARLETT

# Mailing Information for a Case 3:08-cv-00999-MMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com,bonneym@hbsslaw.com

- **Elizabeth Anne Fegan**
  beth@hbsslaw.com

- **Livia M. Kiser**
  livia.kiser@lw.com,chefiling@lw.com

- **Mark S. Mester**
  mark.mester@lw.com,chefiling@lw.com,barbara.buti@lw.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Viviann C Stapp**
  viviann.stapp@lw.com,#sfdocket@lw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
```