IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEADORA KING, individually, and on behalf of those similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>SAFEWAY, INC.,<br><br>    Defendant | No. C-08-0999 MMC<br><br>**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO SHORTEN TIME** |

    Before the Court is plaintiff's administrative motion to shorten time, initially filed March 5, 2008 and thereafter re-filed March 19, 2008, subsequent to reassignment of the above-titled action to the undersigned. Defendant has filed opposition thereto.

    Having read and considered the papers filed in support of and in opposition to the motion, the Court finds plaintiff has not shown good cause for the relief requested and, accordingly, the administrative motion is hereby DENIED.

    **IT IS SO ORDERED.**

Dated: March 20, 2008

MAXINE M. CHESNEY
United States District Judge