JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 29 2008

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**FILED**

MAY 0 2 2008

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

IN RE: AURORA DAIRY CORP. ORGANIC MILK
MARKETING AND SALES PRACTICES LITIGATION
Theadora King v. Safeway, Inc., )
    N.D. California, C.A. No. 3:08-999 ) MDL No. 1907

**ORDER VACATING CONDITIONAL TRANSFER ORDER
AND VACATING THE MAY 29, 2008, HEARING SESSION**

    A conditional transfer order was filed in this action (*King*) on March 12, 2008. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *King* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that plaintiff wishes to withdraw her opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-2" filed on March 12, 2008, is LIFTED. The action is transferred to the Eastern District of Missouri for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable E. Richard Webber.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on April 24, 2008, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY
APR 29 2008
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
MAY 0 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA